UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JEFFERY RICHSON-BEY, | Case No. 1:22-cv-00865-HBK (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS*, OR PAY FILING FEE |
| v. | |
| S. PARKS, | THIRTY-DAY DEADLINE |
| Defendant. | |

Plaintiff initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on July 14, 2022. (Doc. No. 1). Plaintiff did not accompany the complaint with the $402.00 filing fee or an application to proceed in forma pauperis under 28 U.S.C. § 1915.

Accordingly, it is **ORDERED**:

Within **thirty (30) days** of receipt of this order, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis*; or (2) pay the $402.00 filing fee. If Plaintiff fails to timely comply with this order, or request an extension by showing good cause, the undersigned will recommend the Court dismiss this case for Plaintiff's failure to comply with a court order and/or prosecute this action.

Dated:   July 15, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE